

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G.**, Children,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
The Honorable Missy Medary, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellees Officer Nicolas Lichtenberger and Officer Robert Garcia have filed a motion for extension of time to file their brief. Appellant opposes the motion. We grant the motion and order the brief due on April 27, 2020.

It so **ORDERED** on this 25th day of March, 2020.

PER CURIAM

ATTESTED: _____
MICHAEL A. CRUZ,
Clerk of Court